IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ANTONIO F. HELLER,

    Plaintiff,

vs.

GREG SOLES, individually and in his capacity as agent for the Altamaha Drug Task Force; MICHAEL EVANS, individually and in his capacity as agent for the Altamaha Drug Task Force, and SHANNON DAVIS, individually and in his capacity as officer for the Baxley Police Department,

    Defendants.

CIVIL ACTION NO.: CV206-079

### ORDER

Plaintiff filed the captioned action *pro se* on April 7, 2006. Neither Greg Soles, Michael Evans, nor Shannon Davis has been served with the summons or complaint. By Order dated December 14, 2006, Plaintiff was allowed a period of fifteen (15) days to show cause why service had not been timely made upon said Defendants. Plaintiff was advised that his failure to establish good cause would result in the dismissal of his complaint, without prejudice. Plaintiff has failed to respond to the December 14, 2006 Order.

Accordingly, Plaintiff's complaint is **DISMISSED,** without prejudice. The Clerk is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this _11_ day of _January_, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)