AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONIO F. HELLER

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-079

GREG SOLES, individually and in his
capacity as agent for the Altamaha Drug
Task Force; MICHAEL EVANS, individually
and in his capacity as agent for the Altamaha Drug
Task Force, and SHANNON DAVIS, individually
and in his capacity as officer for the Baxley Police
Department

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered January 11, 2007, that claims of plaintiff, ANTONIO F. HELLER, against defendants, GREG SOLES, MICHAEL EVANS, SHANNON DAVIS, are dismissed without prejudice.

1/12/2007
Date

Scott L. Poff
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/1/03